WEST POINT ISLAND CIVIC ASSOCIATION, *ETC.*, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. TOWNSHIP COMMITTEE OF THE TOWNSHIP OF DOVER, DEFENDANT-PETITIONER.

*Messrs. Hiering, Grasso, Gelzer & Kelaher* for the petitioner.

*Mr. William Miller* for the respondents.

November 27, 1968.  Granted.

THE TRAVELERS INDEMNITY CO., PLAINTIFF-RESPONDENT, v. THE HARTFORD ACCIDENT & INDEMNITY CO., *ET AL.*, DEFENDANTS-PETITIONERS AND THE UNIVERSAL INSURANCE CO., *ET AL.*, DEFENDANTS-RESPONDENTS AND APHRODITE TRIHOULIS, *ADMX.*, *ETC.*, DEFENDANT.

*Messrs. McCord, Farrell, Eynon & Munyon* for the petitioners.

*Messrs. DiMartino & Lack* and *Messrs. Taylor, Bischoff, Neutze & Williams* for the respondents.

December 10, 1968.  Denied.

PEOPLES TRUST COMPANY OF BERGEN COUNTY, PLAINTIFF-RESPONDENT, v. SAUL KOZUCK, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 103 *N. J. Super.* 151.

*Mr. Saul Kozuck* and *Mrs. Elaine Kozuck in propria personae.*

*Mr. Leon E. Kreiger* for the respondent.

December 10, 1968.  Denied.